# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 26, 2022

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130

      Re:  MS Health Officer, et al.,
            v. Jackson Women's Health, et al.,
            No. 19-1392 (Your docket No. 18-60868)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                          Sincerely,

                                          SCOTT S. HARRIS, Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 26, 2022

Mr. Scott Grant Stewart, Esq.
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220

Ms. Hillary Anne Schneller, Esq.
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038

Re:  MS Health Officer, et al.,
v. Jackson Women's Health, et al.,
No. 19-1392 (Your docket No. 18-60868)

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fifth Circuit.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | **$2,433.75** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$2,733.75** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

cc: Clerk, U.S. Court of Appeals for the Fifth Circuit
 (Your docket No. 18-60868)

# Supreme Court of the United States

No. 19-1392

**THOMAS E. DOBBS, STATE HEALTH OFFICER OF THE MISSISSIPPI DEPARTMENT OF HEALTH, ET AL.,**

Petitioners

v.

**JACKSON WOMEN'S HEALTH ORGANIZATION, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Thomas E. Dobbs, State Health Officer of the Mississippi Department of Health, et al., recover from Jackson Women's Health Organization, et al., Two Thousand Seven Hundred Thirty-three Dollars and Seventy-five Cents ($2,733.75) for costs herein expended.

June 24, 2022

| | |
|---|---|
| **Printing of record:** | $2,433.75 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $2,733.75 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States