# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on **Aug 24, 2022**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 18-60868

Jackson Women's Health Organization, *on behalf of itself and its patients*; Sacheen Carr-Ellis, M.D., M.P.H., *on behalf of herself and her patients*,

*Plaintiffs—Appellees,*

versus

Thomas E. Dobbs, M.D., M.P.H., *in his official capacity as State Health Officer of the Mississippi Department of Health*; Kenneth Cleveland, M.D., *in his official capacity as Executive Director of the Mississippi State Board of Medical Licensure*,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-171

ON REMAND FROM

THE SUPREME COURT OF THE UNITED STATES

Before HIGGINBOTHAM and DENNIS, *Circuit Judges*.[†]

PER CURIAM:

On November 20, 2018, the district court granted summary judgment to the plaintiffs. On December 13, 2019, this court affirmed the judgment of the district court. On May 17, 2021, the Supreme Court granted the Appellant's petition for a writ of certiorari. *Dobbs v. Jackson Women's Health Org.*, 141 S. Ct. 2619 (2021). On June 24, 2022, the Supreme Court reversed the judgment of this court and remanded for further proceedings. *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228 (2022). We now REMAND to the district court for further proceedings consistent with the opinion of the Supreme Court. THE MANDATE SHALL ISSUE FORTHWITH.

---

[†] This order is issued by a quorum. 28 U.S.C. § 46(d).